BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WINE CAVES, INC., A California Corporation,<br><br>Defendant. | No.   CV 09 1691 BZ<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, California Wine Caves Inc., by and through their counsel of record, hereby stipulate and request that the Initial Case Management Conference currently scheduled for August 3, 2009 at 4:00 p.m. be continued to September 14, 2009 at 4:00 p.m.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 09 1691 BZ

121383/536668

1  The Parties have agreed to conduct the underlying audit in this matter.  However, because
2  the Defendant's bookkeeper had to undergo a surgical procedure and subsequent treatment, the
3  audit has been postponed.  Given this fact, the Parties request a continuance of the Initial Case
4  Management in order to allow for the completion of the audit and informal settlement negotiations.

6  Dated: July 9, 2009

7                                    WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation
8

9                                    By:           /s/         *Patricia A. Davis*
                                            PATRICIA A. DAVIS
10                                          Attorneys for Plaintiffs

11  Dated: July 9, 2009

12                                    LITTLER MENDELSON

13
                                     By:           /s/         *Richard N. Hill*
14                                          RICHARD N. HILL
                                            Attorneys for Defendant
15

### **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for August 3, 2009 at 4:00 p.m. be continued to September 14, 2009 at 4:00 p.m.

DATED:  July 9, 2009

                                     _____
                                     HONORABLE BERNARD ZIMMERMAN

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 09 1691 BZ

121383/536668

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001