1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WINE CAVES, INC., A California Corporation,<br><br>Defendant. | No.   CV 09 1691 BZ<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, California Wine Caves Inc., by and through their counsel of record, hereby stipulate and request that the Initial Case Management Conference currently scheduled for September 14, 2009 at 4:00 p.m. be continued to October 12, 2009 at 4:00 p.m.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 09 1691 BZ

121383/543660

The parties have been engaged in settlement discussions and believe that this case will be resolved within the next (30) thirty days. Given this fact, the parties request that the Case Management Conference be continued in order to allow them to finalize a settlement.

Dated: September 10, 2009

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: _____/s/_____ *Patricia A. Davis*
             PATRICIA A. DAVIS
             Attorneys for Plaintiffs

Dated: September 10, 2009

        LITTLER MENDELSON

        By: _____/s/_____ *Richard N. Hill*
             RICHARD N. HILL
             Attorneys for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 14, 2009 at 4:00 p.m. be continued to October ~~12,~~ **19** 2009 at 4:00 p.m.

_____
HONORABLE BERNARD ZIMMERMAN

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001