1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No.227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE BOARD OF TRUSTEES, in their         ) No.   CV 09 1691 BZ
   | capacities as Trustees of the LABORERS  )
12 | HEALTH AND WELFARE TRUST FUND           ) **STIPULATION FOR DISMISSAL**
   | FOR NORTHERN CALIFORNIA;                ) **WITH PREJUDICE; ORDER**
13 | LABORERS VACATION-HOLIDAY TRUST         ) **THEREON**
   | FUND FOR NORTHERN CALIFORNIA;           )
14 | LABORERS PENSION TRUST FUND FOR         )
   | NORTHERN CALIFORNIA; and LABORERS       )
15 | TRAINING AND RETRAINING TRUST           )
   | FUND FOR NORTHERN CALIFORNIA,           )
16 |                                         )
   |             Plaintiff,                  )
17 |                                         )
   |       v.                                )
18 |                                         )
   | CALIFORNIA WINE CAVES, INC., A          )
19 | California Corporation,                 )
   |                                         )
20 |             Defendant.                  )
   |                                         )
21 |_____)

22

23      Settlement having been reached, the parties, by and through their counsel of record, hereby

24 stipulate and request that the above-entitled action be dismissed in its entirety with prejudice, each

25 ////

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON
Case No. CV 09 1691 BZ

121383/543868

1  side to bear its own attorney's fees and costs.

2

3  Dated: September 14, 2009

4                                          WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation
5

6                                          By:        /s/        *Patricia A. Davis*
                                                PATRICIA A. DAVIS
7                                               Attorneys for Plaintiffs

8  Dated: September 14, 2009

9                                          LITTLER MENDELSON

10
                                           By:        /s/        *Richard N. Hill*
11                                              RICHARD N. HILL
                                                Attorneys for Defendant
12

13                                         **ORDER**

14

15     **IT IS SO ORDERED.**

16

17

18  Dated: 9/14/2009
                                           _____
19                                         HONORABLE BERNARD ZIMMERMAN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON
Case No. CV 09 1691 BZ

121383/543868